5:26-bk-01814-MJC Richard Allen Longenberger

Statement Adjourning Meeting of Creditors 14

Docket Text:

Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued (There is no image or paper document associated with this entry.) on 10/7/2026 at 10:00 AM at w/Trustee Frank join.zoom.us Meeting ID 231 131 9730, passcode 5378651079, Phone 1-267-552-4686. Debtor appeared. (Frank, Lawrence)